UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62352-CIV-SMITH

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

vs.

FOOD FAIR PLANTATION CORP., *et al.*,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*. On May 10, 2024, the Court issued its Order of Referral to Mediation [DE 27], requiring the parties to file a Notice of Scheduling Mediation by June 10, 2024. A review of the record indicates that the parties have failed to file their Notice of Scheduling Mediation. Accordingly, it is

**ORDERED** that, on or before **June 18, 2024,** the parties shall show cause why they should not be sanctioned for failing to comply with a Court order or shall file a Notice of Scheduling Mediation. Failure to timely respond to this Order may result in dismissal of this case without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of June, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record