IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-62352-CIV-SMITH

PREPARED FOODS PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff

v.

FOOD FAIR PLANTATION CORP., d/b/a
FOOD FAIR WHOELSALE FRESH MARKET
and AD ZONE DIGITAL MARKETING, INC.,

    Defendants.
_____/

## INTERIM REPORT OF MEDIATOR

THIS CAUSE came before the undersigned Mediator, Glenn J. Waldman, on Wednesday, August 14, 2024, for the Mediation Conference attended by Plaintiff and Defendants and their respective counsel (except Defendant, AD ZONE DIGITAL MARKETING, INC).

At the conclusion of the Mediation Conference, it was agreed that the mediation process will continue for further negotiations, and exchange of financial information and documentation under the supervision of Mediator, Glenn J. Waldman.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 22, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will cause a true

and correct copy to be sent electronically to all counsel of record: **Attorneys for Plaintiff,** Daniel DeSouza, Esq., dan@copycatlegal.com; Copycat Legal PLLC, 3111 N. University Drive, Suite, 301, Coral Springs, FL 33065; **Attorneys for Defendant,** Allen Frederick Bennett, Esq., allen@afbip.com; Bennett Intellectual Property, 12059 Rockwell Way, Boca Raton, FL 33301.

*/s/ Glenn J. Waldman, Esq.*
Glenn J. Waldman, Esq.
Fla. Bar No. 374113
U.S. District Court Mediator
gwaldman@waldmanlawfirm.com