IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **23-62352-CIV-SMITH**

**PREPARED FOODS PHOTOS, INC.**,
f/k/a **ADLIFE MARKETING &
COMMUNICATIONS CO., INC.**,

    Plaintiff

v.

**FOOD FAIR PLANTATION CORP.**, d/b/a
**FOOD FAIR WHOELSALE FRESH MARKET,**
and **AD ZONE DIGITAL MARKETING, INC.**,

    Defendants.

_____/

## SUPPLEMENTAL REPORT OF MEDIATOR

Following the August 14, 2024 initial Mediation Conference, the parties continued negotiations by and through Mediator, Glenn J. Waldman, and reaching a final settlement as of September 30, 2024, (except as to Defendant, AD ZONE DIGITAL MARKETING, INC.).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 1, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF system, which will cause a true and correct copy to be sent electronically to all counsel of record: ***Attorneys for Plaintiff,*** Daniel DeSouza, Esq., dan@copycatlegal.com; Copycat Legal PLLC, 3111 N. University Drive, Suite, 301, Coral Springs, FL 33065; ***Attorneys for Defendant,*** Allen Frederick

Bennett, Esq., allen@afbip.com; Bennett Intellectual Property, 12059 Rockwell Way, Boca Raton, FL 33301.

                                              */s/ Glenn J. Waldman, Esq*.
                                              Glenn J. Waldman, Esq.
                                              Fla. Bar No. 374113
                                              U.S. District Court Mediator
                                              gwaldman@waldmanlawfirm.com